**Law Office of Eric A. Maskell**
P.O. Box 1112
Hurst, TX 76053

Phone: (682) 465-6503
Bar Number: 24041409

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: § | | FOR CLERK'S USE ONLY |
| (H) **Anthony L. Ellis, Sr.** § | CASE NO: **05-95426-DML-13** | |
| (W) § | | |
| Debtor(s) § | | |
| § | | |

*AMENDED 3/27/2006*
**DEBTOR'S PRELIMINARY CHAPTER 13 PLAN**         DATED: **10/16/2005**.

| TRUSTEE'S NOTES: | | Date Case Filed | **10/16/2005** |
|---|---|---|---|
| | | Type of Payment 1=Annual, 2=Semi-Annual 4=Quarterly, 12=Monthly | **12** |
| | | First Payment Due | **11/30/2005** |
| H&W Monthly Take Home Pay | **$2,954.66** | Periodic Payment Amount | **$150.00** |
| Less Expenses | **$2,808.08** | Number of Plan Payments | **36 months** |
| Equals Surplus | **$146.58** | Equals Base Plan Amount | **$5,400.00** |
| | | Calculated Amount | **$5,400.00** |
| Total Debtor Attorney Fees | **$2,500.00** | Noticing Fees: # of Notices X 1  The Trustee shall be allowed to collect noticing fees from the first distribution to creditors. | **24** |
| Attorney Fees paid by Trustee (Gross amount paid including interest, if any) | **$994.00** | | |
| | | Rate | **$0.00** |
| Total Filing Fees of __$189.00__ with | **$0.00** paid by Trustee | Total Noticing Fees | **$0.00** |

**HOME MORTGAGE:**
Regular mortgage payments on all liens to be paid "Direct" by Debtor beginning on          **11/1/2005**     .
Arrearages are to be paid by the Trustee as follows:

| Lien Holder | Total Arrearage | Through MM/DD/YY | Interest Rate | Payment Term | # of Payments | Periodic Payment Amount |
|---|---|---|---|---|---|---|
| **(None)** | | | | | | |

**SECURED CREDITORS:**

| Name | Description of Collateral | Scheduled Amount | Value of Collateral | Annual Int. Rate | Term | # of Pmts. | CD | Periodic Payment Amount |
|---|---|---|---|---|---|---|---|---|
| ABN Amro Home Mortgage | primary residence | $89,000.00 | $83,204.00 | 0% | N/A | N/A | 0 | $756.24 (Direct) |
| Bank of America | Dodge Stratus Boat | $23,832.68 | $23,988.00 | 0% | N/A | N/A | 0 | $254.72 (Direct) |
| Bank of America | 2005 Ford Truck F150 | $52,241.03 | $50,000.00 | 0% | N/A | N/A | 0 | Surrender |
| Bank of America | 2005 Hummer H2 | $78,876.17 | $75,000.00 | 0% | N/A | N/A | 0 | Surrender |
| GE Money Bank | Sea DO | $17,489.08 | $15,000.00 | 0% | N/A | N/A | 0 | Surrender |

\* See Pro Forma, if attached, for a detail of Pro-Rata and/or Variable payments.
*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

(H) **Anthony L. Ellis, Sr.**
(W)
(C#) **05-95426-DML-13**

**DEBTOR'S PRELIMINARY CHAPTER 13 PLAN**

*Page 2*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Union Square | 2001 Buick Century | $7,500.00 | $8,575.00 | 0% | N/A | N/A | 0 | $358.00 (Direct) |
| US Bank | Galaxy Boat | $28,643.02 | $28,000.00 | 0% | N/A | N/A | 0 | Surrender |
| Wells Fargo Auto Finance | 2005 Ford Van E350 | $44,523.91 | $40,000.00 | 9.04% | N/A | N/A | 0 | Surrender |

CD....... *0 = Direct or Surrender, 1 = Paid by Trustee   (Any Deficiency will automatically be bifurcated or "split" and included in the unsecured class)*

## EXECUTORY CONTRACTS AND UNEXPIRED LEASES:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| **(None)** | | | No |

## PRIORITY CREDITORS:

| Name | Amount Disputed | Scheduled Amount | Annual Int. Rate | Term | # of Pmts. | Periodic Payment Amount |
|---|---|---|---|---|---|---|

## SPECIAL CLASS UNSECURED CREDITORS:

| Name | Basis for Classification | Scheduled Amount | Annual Int. Rate | Term | # of Pmts. | Periodic Payment Amount |
|---|---|---|---|---|---|---|

## GENERAL UNSECURED CREDITORS:

The general unsecured creditors, listed below, will receive an estimated _____**2%**_____ of their claims, or a pro rata share of Total Payments (Base Plan Amount) shown above, after all of the above claims are paid in full.

| Name | Note | Amount |
|---|---|---|
| American Express | | $19,665.28 |
| American Express | | $20,266.85 |
| American Express | | $10,320.89 |
| American Express | | $135.00 |
| Bank of America | | $8,095.46 |
| Chase Bank | | $11,894.87 |
| Chase Bank | | $6,419.83 |
| Chase Bank | | $23,567.14 |
| Citibank | | $7,693.04 |
| Discover | | $7,978.63 |
| MBNA America | | $14,886.00 |
| Military Star Credit | | $1,000.00 |
| Sears Mastercard | | $7,401.25 |
| Travis Credit Union | | $8,703.21 |
| Wells Fargo Visa | | $8,700.00 |
| | Total Unsecured Debt ---> | **$156,727.45** |

The total of all unsecured debt, including deficiencies is _____**$156,727.45**_____ with _____**$3,866.00**_____ paid to the unsecured creditors.

---

\* See Pro Forma, if attached, for a detail of Pro-Rata and/or Variable payments.
*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

(H) **Anthony L. Ellis, Sr.**
(W)
(C#) **05-95426-DML-13**

**DEBTOR'S PRELIMINARY CHAPTER 13 PLAN**

*Page 3*

## COMPUTATION OF REQUIRED PLAN PAYMENTS:

|  | Total Amounts | Total Payments with Interest (Gross amount to be disbursed) |
|---|---:|---:|
| Filing Fees | $0.00 | $0.00 |
| Noticing Fees | $0.00 | $0.00 |
| Debtor Attorney Fees | $994.00 | $994.00 |
| Home Mortgage Arrears | $0.00 | $0.00 |
| Secured Claims | $0.00 | $0.00 |
| Priority Claims | $0.00 | $0.00 |
| Special Class Unsecured Claims | $0.00 | $0.00 |
| General Unsecured Claims | $156,727.45 | $3,866.00 |
| **Totals** | **$157,721.45** | **$4,860.00** |

| | | | |
|---|---:|---|---:|
| With Zero to Unsecureds | $1,534.00 | Trustee Fees<br>__10__ % of Total Payments (less filing & noticing fees) | $540.00 |
| Base Plan Amount | $5,400.00 | Total Payments<br>Total distribution + Trustee Fees + Filing & Notice Fees | $5,400.00 |
| Available for Unsecureds | $3,866.00 | | |
| Unsecured Percentage<br>Computed on Base Plan Amount | 2% | Required Periodic Payment<br>to Achieve Unsecured Percentage | $150.00 |

\* See Pro Forma, if attached, for a detail of Pro-Rata and/or Variable payments.

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

(H) **Anthony L. Ellis, Sr.**
(W)
(C#) **05-95426-DML-13**

**DEBTOR'S PRELIMINARY CHAPTER 13 PLAN**

*Page 4*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing PRELIMINARY CHAPTER 13 PLAN was served upon the following parties of interest:

Tim Truman
6851 NE Loop 820, Suite 300
North Richland Hills, TX 76102

and all parties and creditors listed on the original mailing matrix and any amended mailing matrix.

DATED: 03/27/2006

/s/ Eric A. Maskell
**Eric A. Maskell**

\* See Pro Forma, if attached, for a detail of Pro-Rata and/or Variable payments.

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

**Law Office of Eric A. Maskell**
P.O. Box 1112
Hurst, TX 76053

Phone: (682) 465-6503
Bar Number: 24041409

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | § | | FOR CLERK'S USE ONLY |
| **Anthony L. Ellis, Sr.** | § | CASE NO: **05-95426-DML-13** | |
| | § | | |
| Debtor(s) | § | | |
| | § | | |

*AMENDED 3/27/2006*

**AUTHORIZATION FOR PRE-CONFIRMATION DISBURSEMENT**    DATED: **10/16/2005**           .

The undersigned Debtor(s) hereby request that payments received by the Trustee prior to confirmation be disbursed in accordance with Standing Order Number 93-1, as indicated below:

| | | |
|---|---:|---:|
| Periodic Payment Amount | | **$150.00** |
| Disbursements | First (1) | Second (2) (Other) |
| Account Balance Reserve | $5.00 | $0.00 |
| Related Expense to Trustee | $14.50 | $15.00 |
| Filing Fees | $0.00 | $0.00 |
| Noticing Fees | $0.00 | $0.00 |
| **Subtotal Expenses/Fees** | **$19.50** | **$15.00** |
| Available for Adequate Protection, Attorney Fees and Undisputed Priority Claims from First and Second Disbursements: | **$130.50** | **$135.00** |

**SECURED CREDITORS:**

| Name | Collateral | Scheduled Amount | Value of Collateral | Adequate Protection Percentage | Adequate Protection Payment Amount |
|---|---|---|---|---|---|
| | | | | | |

Total Adequate Protection Payments for Secured Creditors: **$0.00**

**SPECIAL CLASS CREDITORS:**

| Name | Collateral | Scheduled Amount | Value of Collateral | Adequate Protection Percentage | Adequate Protection Payment Amount |
|---|---|---|---|---|---|
| | | | | | |

Total Adequate Protection Payments for Special Class Creditors: **$0.00**

| | |
|---|---|
| (H) **Anthony L. Ellis, Sr.** | **AUTHORIZATION FOR PRE-CONFIRMATION DISBURSEMENT** **Page 2** |
| (W) | |
| (C#) **05-95426-DML-13** | |

| | |
|---|---:|
| Total Adequate Protection Payments: | **$0.00** |
| Funds Available For Debtor's Attorney First Disbursement: | **$130.50** |
| Funds Available For Debtor's Attorney Future Disbursements: | **$135.00** |
| Estimated Number of Months to Pay all Attorney Fees: | **8** |
| Available For Secured Creditors as Authorized Above After Debtor's Attorney Fees are Paid in Full: | **$135.00**** |

ADEQUATE PROTECTION PAYMENTS TO SECURED CREDITORS WILL AUTOMATICALLY INCREASE TO PLAN PAYMENT AMOUNTS IF ATTORNEY'S FEES ARE PAID IN FULL OR $1,500.00 IS PAID AND $500.00 IS RESERVED PRIOR TO CONFIRMATION. ANY EXCESS FUNDS WILL BE PAID TO UNDISPUTED PRIORITY AND/OR SPECIAL CLASS UNSECURED CLAIMS.

☐ **PROPOSED, AUTHORIZED, REQUESTED AND ACKNOWLEDGED BY DEBTORS:**
☐ **DEBTOR(S) DECLINE(S) AUTHORIZATION FOR PRE-CONFIRMATION DISBURSEMENT:**

DATED:  **03/27/2006**

 **/s/ Eric A. Maskell**  _____
Attorney for Debtor(s)                                           Trustee, Attorney for Trustee or Trustee's Representative

---

** Amount is based on the plan payment scheduled on the month following the month when the attorney fees are paid in full.
*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*