LAW OFFICE OF
ERIC A. MASKELL
P.O. Box 1112
Hurst, Texas 76053
State Bar No. 24041409
(682) 465-6503
(817) 887-0871 (FAX)
Attorney for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| **Anthony L. Ellis, Sr.** | § | CASE NO. 05-95426-DML-13 |
| Debtor(s) | § | |
| | § | |
| **GE Money Bank** | § | **Preliminary Hearing** |
| | § | **Date and Time** |
| Movant | § | **April 27, 2006 at 9:30 a.m.** |
| Vs. | § | |
| | § | |
| **Anthony L. Ellis, Sr.,** | § | |
| **Tim Truman, TRUSTEE** | § | |
| Respondent | § | |

**UNOPPOSED ANSWER FOR RELIEF FROM THE AUTOMATIC STAY**
**OR, IN THE ALTERNATIVE, REQUEST FOR ADEQUATE PROTECTION**

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW**, Debtors herein, Anthony L. Ellis, Sr., and files this Unopposed Answer to Motion for Relief from the Automatic Stay, or, in the Alternative, Request for Adequate Protection and would respectfully show the Court as follows:

1. Debtor(s) is unopposed to the motion at this time. Debtor has listed this property as surrender in his schedules.

2. Debtor(s) reserves the right to amend this Answer pursuant to United States Bankruptcy Rules.

SIGNED this the 17th day of April , 2005.

                                                       "/s/"*Eric A. Maskell*
                                                     **ERIC A. MASKELL**
                                                     **State Bar No. 24041409**
                                                     P.O. Box 1112

                 Hurst, Texas 76053

                 ATTORNEY FOR DEBTORS

## **CERTIFICATE OF SERVICE**

   This is to certify that the above and foregoing Answer to Motion for Relief from Automatic Stay was served by Electronic Mail or First Class United States Mail, postage prepaid, on each of the following parties identified below on the 17th day of April, 2005.

                 "/s/"*Eric A. Maskell*
                 **ERIC A. MASKELL**
                 **Attorney for Debtor**

| | |
|---|---|
| Tim Truman | William T. Neary |
| **Chapter 13 Trustee** | **U.S. Trustee** |
| 6851 NE Loop 820, Suite 300 | 1100 Commerce Street, Rm 9C60 |
| North Richland Hills, TX 76102 | Dallas, TX 75242 |

**Devlin, Naylor & Turbyfill, P.L.L.C.**
**R. Christopher Naylor**
**4801 Woodway, Suite 420 West**
**Houston, Texas 77056-1805**
**Attorneys for Movant**